IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>JOHN DOE ENTITY IDENTIFIED AS DEPARTMENT OF TRANSPORTATION (DOT) COMPLIANCE SERVICES<br><br>Defendant. | Case No. 2:24-cv-02140<br><br>**JURY TRIAL DEMANDED** |

## ORDER ON MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to Serve A Third-Party Subpoena Prior to a Rule 26(f) Conference (the "Motion")**,** and the Court being duly advised in the premises does hereby **FIND, ORDER AND ADJUDGE:**

   1.  Plaintiff established that "good cause" exists for him to serve third-party subpoenas on Onvoy, LLC, Level 3 Communications, LLC .

   2.  Plaintiff, through his counsel, may serve Onvoy, LLC, Level 3 Communications, LLC, and any downstream telephone providers they identify a Rule 45 subpoena commanding the(m) to provide Plaintiff without charge documents reflecting the true name, address, contact telephone number, website, and e-mail address for the subscriber(s) to the telephone numbers 312-748-1271, 253-527-4113, and 253-336-0090 for Onvoy, LLC and 425-296-1616 for Level 3 Communications LLC.

1

3. Plaintiff may use the information disclosed in response to these subpoenas for the purpose of enforcing his TCPA claims, as more fully set forth in his complaint.

DONE AND ORDERED this 17th day of June, 2024.

By: /S/WENDY BEETLESTONE, J.
/S/WENDY BEETLESTONE,