# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **JAMES E. SHELTON individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **DOT Compliance Services, LLC AND Christian Perales** <br><br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:24-cv-02140-WB ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Byron Landum, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Christian Perales in Dallas County, TX on August 16, 2024 at 7:33 am at 3232 Truxillo Dr, Dallas, TX 75228 by personal service by handing the following documents to an individual identified as Christian Perales.

SUMMONS IN A CIVIL ACTION, PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT, and DESIGNATION FORM

Additional Description:
Defendant was going to work with a older Hispanic male in a black truck when I pulled up to the house.

Hispanic or Latino Male, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=32.8476388,-96.661442
Photograph: See Exhibit 1


Total Cost: $190.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Dallas County</u>, <u>TX</u> on <u>8/16/2024</u>. | /s/ *Byron Landum* <br> Signature <br> Byron Landum <br> +1 (469) 231-2340 |



Exhibit 1a)