## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                     Civil Action:  24-2140

SHELTON

   v.

JOHN DOE ENTITY IDENTIFIED AS DEPARTMENT OF
TRANSPORTATION (DOT) COMPLIANCE SERVICES


<u>Entry of Default</u>

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendant DOT Compliance Services, LLC and Christian Perales for failure to plead or otherwise defend

                   George Wylesol
                   Clerk of Court


                 By: s/Brian J. Weissman
                   Brian J. Weissman, Deputy Clerk