IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DOT Compliance Services, LLC<br><br>and<br><br>Christian Perales<br>Defendants. | Case No.<br>**2:24-CV-02140-WB**<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE

COMES NOW Plaintiff James E. Shelton, by and through the undersigned counsel, and respectfully requests that this Court continue the Preliminary Pretrial Conference that this Court re-scheduled this Tuesday Afternoon for October 9, 2024, at 11:00 AM. Counsel for the Plaintiff will be taking a deposition already scheduled for months in advance that day, scheduled to begin at 10:00 AM and continue through mid-afternoon.

RESPECTFULLY SUBMITTED AND DATED this October 4, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## **CERTIFICATE OF SERVICE**

      I certify that I filed the foregoing via ECF on the below date.

I further certify that I mailed a copy of the foregoing to:

DOT COMPLIANCE SERVICES, LLC
AND CHRISTIAN PERALES
3232 TRUXILLO DR.
DALLAS, TX 75228


Tracking Number: 0031090333148001281575228233832


Dated: October 4, 2024

                                             */s/ Andrew Roman Perrong*
                                             Andrew Roman Perrong, Esq.
                                             Perrong Law LLC
                                             2657 Mount Carmel Avenue
                                             Glenside, Pennsylvania 19038
                                             Phone: 215-225-5529 (CALL-LAW)
                                             Facsimile: 888-329-0305
                                             a@perronglaw.com