UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

January 8, 2025

**NOTICE OF MOTION HEARING:**

RE:     24-cv-2140
        SHELTON v. DOT COMPLIANCE

Dear Counsel:

Please be advised that a hearing on Counsel's motion to withdraw (Doc. No. 18) has been scheduled for **January 16, 2025, at 12:00 p.m.** in Courtroom 10-A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,

_/s/ Michael Beck_____
Michael Beck
Deputy Clerk