IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,**<br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**DOT Compliance Services, LLC,** *et al.***,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  24CV2140** |

### ORDER

**AND NOW**, this 16th day of January, 2025, upon consideration of Plaintiff's Motion to Withdraw as Attorney (ECF No. 18) and after a hearing in open court, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　*/s/ Wendy Beetlestone*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**