## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br>     v.<br><br>DOT Compliance Services, LLC<br><br>and<br><br>Christian Perales<br>                      Defendants. | Case No.<br>**2:24-CV-02140-WB**<br><br><br>**JURY TRIAL DEMANDED** |

## MOTION TO COMMENCE DISCOVERY TO OBTAIN
## RECORDS THAT IDENTIFY PUTATIVE CLASS MEMBERS

The Plaintiff, James E. Shelton, by and through the undersigned counsel, respectfully requests that this Court enter an order permitting him to commence discovery so that he may seek class certification and ultimately a classwide judgment. As support thereof, Plaintiff relies on the Memorandum of Law contained herein.

                        PLAINTIFF,
                        By his attorneys,

                        */s/ Andrew Roman Perrong*
                        Andrew Roman Perrong, Esq.
                        Perrong Law LLC
                        2657 Mount Carmel Avenue
                        Glenside, Pennsylvania 19038
                        Phone: 215-225-5529 (CALL-LAW)
                        Facsimile: 888-329-0305
                        a@perronglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed the foregoing via ECF on the below date.

I further certify that I mailed a copy of the foregoing to:

DOT COMPLIANCE SERVICES, LLC
AND CHRISTIAN PERALES
3232 TRUXILLO DR.
DALLAS, TX 75228


Tracking Number: 00310903331480001210


Dated: January 17, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com