**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>DOT Compliance Services, LLC<br><br>and<br><br>Christian Perales<br>　　　　　　　　Defendants. | Case No.<br>**2:24-CV-02140-WB**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER] GRANTING**
**MOTION TO COMMENCE DISCOVERY TO OBTAIN**
**RECORDS THAT IDENTIFY PUTATIVE CLASS MEMBERS**

　　　　AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Plaintiff's Motion To Commence Discovery To Obtain Records That Identify Putative Class Members IS GRANTED. Discovery in this matter is ordered open. Discovery shall be completed by _____, at which point Plaintiff shall file either a Motion for Class Certification or a Motion for Individual Default Judgment.

　　　　　　　　　　　　　　　　　　　*BY THE COURT:*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Wendy Beetlestone, J.