THE IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON<br><br>Plaintiff,<br>v.<br><br>DOT Compliance Services, LLC<br><br>and<br><br>Christian Perales<br>Defendants. | Case No.<br>**2:24-CV-02140-WB**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

AND NOW, this _____ day of _____, 2025, upon consideration of the Plaintiff's Motion for Default Judgment, and pursuant to Rule 50(b)(2), any responses and replies thereto, and being duly advised of its premises, the Court does hereby ORDER, DECREE, and ADJUDGE:

- The class claims in this matter are dismissed without prejudice.

- Judgment is entered in favor of James E. Shelton, individually, and against DOT Compliance Services, LLC and Christian Perales, jointly and severally, in the amount of $10,905, representing $10,500 in statutory damages and $405 in permissible costs as a prevailing party under 28 U.S.C. § 1920(1).

- The clerk of court is directed to close the case for statistical purposes.

_____

Hon. Wendy Beetlestone, J.

1