UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

April 2, 2025

**NOTICE OF MOTION HEARING:**

RE:  24-cv-2140
     SHELTON v. DOT COMPLIANCE

Dear Counsel:

Please be advised that a hearing on Motion for Default Judgment (Doc.# 24) has been scheduled for **April 17, 2025, at 3:00 p.m.** in Courtroom 10-A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,

 /s/ Michael Beck
Michael Beck
Deputy Clerk