IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DOT Compliance Services, LLC<br><br>and<br><br>Christian Perales<br>Defendants. | Case No.<br>**2:24-CV-02140-WB**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

As stated and for the reasons stated on the record in open court on April 17, 2025, Plaintiff files this Notice of Voluntary Dismissal Without Prejudice, as to the class claims only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

*s/Andrew Roman Perrong*
Andrew Roman Perrong,
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529

Notice of Dismissal                         1