IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** <br>         **Plaintiff,** <br><br> v. <br><br> **DOT COMPLIANCE SERVICES, LLC AND CHRISTIAN PERALES,** <br>         **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO. 24CV2140** |

## ORDER

**AND NOW**, this 21st day of April, 2025, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 24), after a hearing in open court, and for the reasons set forth on the record, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** as follows:

1. **JUDGMENT IS ENTERED** in favor of James E. Shelton, individually, and against DOT Compliance Services, LLC and Christian Perales, jointly and severally in the amount of $10,905, representing $10,500 in statutory damages and $405 in permissible costs as a prevailing party under 28 U.S.C. § 1920(1).

2. The Clerk of Court is directed to **CLOSE** the above-captioned case for statistical purposes.

                                                **BY THE COURT:**

                                                *S/* **WENDY BEETLESTONE**

                                                **WENDY BEETLESTONE, J.**